THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 17-CV-5826<br><br>Honorable Steven C. Seeger<br><br>Magistrate Judge Young B. Kim |

### INDEX OF PLAINTIFFS' EXHIBITS TO RULE 56.1 STATEMENT

| Ex. # | Description | Bates/Identifier | Confidentiality |
|---|---|---|---|
| 1. | T. Klink Dep Excerpts | 34, 63, 75-76, 133-134, 146-147, 149-154, 194, 283-287 | Confidential |
| 2. | H. Dougherty Dep Excerpts | 33-34, 36, 50, 66-71 | |
| 3. | L. McElroy Dep Excerpts | 29-32, 38 | |
| 4. | R. Maciejewski Dep Excerpts | 22-27, 36-37 | |
| 5. | Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement - Group Exhibit | AllstateAFS258663-66, 258724-32, 260327-328, 190895-905, 258755-767, 258866-76, 15739-50, 258903-913, 258944-954, 260261-326, 1-11, 10728-10739 | Confidential |
| 6. | H. Schmidt Dep Excerpts | 245-249 | |
| 7. | T. Francy Dep Excerpts | 99 | |
| 8. | B. Guntli Dep Excerpts | 84-86 | |

67673128v.1

| Ex. # | Description | Bates/Identifier | Confidentiality |
|---|---|---|---|
| 9. | Olvera 11-21-17 email to Cardinal re Due Diligence Call Simon | AFSI0029041-55 | Confidential |
| 10. | B. Cardinal Dep Excerpts | 104-106 | Confidential |
| 11. | J. Hudson Dep Excerpts | 79, 160-164 | Confidential |
| 12. | S. Cohen Dep Excerpts | 15-20, 60-61, 116-118, 151, 154-155, 167-169, 190 | Confidential |
| 13. | M. Dave Dep Excerpts | 33-36, 53, 56-57, 75-76, 83-84, 96-98 | Confidential |
| 14. | S. George Dep Excerpts | 33-34, 36-37, 46-47, 75, 120, 200, 209-211, 213, 221-222, 228 | Confidential |
| 15. | M. Vinson 30(b)(6) Dep Excerpts | 23-24, 43-44, 46-47, 49, 56-57, 74-76, 88-90, 101-102, 121, 147-153 | Confidential |
| 16. | A. Mulvihill Dep Excerpts | 15-16, 20 | Confidential |
| 17. | Ameriprise Insurance Experienced Advisor Recruiting Partner Training | Crocket Dep Ex 31 AFSI31927-31972 | Confidential |
| 18. | Ameriprise iEAR AFA Recruiting Director Presentation, Sean George | George Dep Ex 3 AFSI32794-32803 | Confidential |
| 19. | Ameriprise Insurance Recruiting at Ameriprise Presentation | George Dep Ex 4 AFSI31216-31264 | Confidential |
| 20. | Ameriprise Insurance EAR Due Diligence Primer Presentation | George Dep Ex 5 AFSI26694-26727 | Confidential |
| 21. | Ameriprise Insurance Firms Recruiting List | George Dep Ex 13 AFSI31317-18 | Confidential |
| 22. | Stillwell Pre-Transition Planning | AFSI12141-43 | Confidential |
| 23. | D. McGill Dep Excerpts | 244 | Confidential |
| 24. | Due Diligence Call Recap Tony Valencia | Dep Ex 9A AFSI27593-27599 | Confidential |
| 25. | Due Diligence Summary for Al Kulig and Eric Lowman | Mostrom Dep Ex. 9B AFSI27819-27828 | Confidential |
| 26. | C. Mostrom Dep Excerpts | 34-35, 40, 44-45, 47, 52, 66-67, 77-79, 136, 147-149, 228-229 | Confidential |
| 27. | Transition Guide | McGill Dep Ex. 133 AMP481-540 | Confidential |

| Ex. # | Description | Bates/Identifier | Confidentiality |
|---|---|---|---|
| 28. | Doren 6-25-15 email to North re Stillwell Governance Committee Approval | Doren Dep Ex 106 AMP4839-4843 | Confidential |
| 29. | Taubman 1-25-17 email to McGill re L2000 Contract | S. Taubman Dep Ex 26 AMP-Taubman1165-1180 | Confidential |
| 30. | Brecher 6-29-15 email to Cohen re Update and Next Steps for Stillwell | North Dep Ex 78 AMP4818 | Confidential |
| 31. | Cohen 7-2-15 email to Stillwell re Stillwell pre-transition planning | Cohen Dep Ex 1 Stillwell966-967 | |
| 32. | Minton 2-8-17 email to Cardinal re legal counsel | McGill Dep Ex 158 AMPTaubman2306-2307 | Confidential |
| 33. | Executive Summaries Group Exhibit | AFSI9894-9905, 10004-13, 10044-1051 | Confidential |
| 34. | Minton 10-5-17 email to Casper re Scott Taubman Transition Call Summary | Mostrom Dep Ex 6 AFSI8832-8836 | Confidential |
| 35. | Cohen 7-2-15 email to Stillwell re Stillwell Pre-Transition Planning | Mostrom Dep Ex 7 Stillwell966-967 | |
| 36. | Minton 2-13-17 email to Casper re Taubman transition | Hudson Dep Ex 164 AMP-Taubman1330-1418 | Confidential |
| 37. | Taubman 1-23-17 email to McGill re L2000 Contract and Supplement | Vinson Dep Ex 15 AMPTaubman1165-1180 | Confidential |
| 38. | Stillwell 1-30-15 email to North re commission statements, contracts, agreement | Vinson Dep Ex 16 AFSI23869-23880 | Confidential |
| 39. | AAG Offer Parameters | Vinson Dep Ex 13 AFSI33484-33488, 38620-51 | Confidential |
| 40. | Cardinal 8-4-16 email to Taubman re due diligence call summary | McGill Dep Ex 137 AMPTaubman599-601 | Confidential |
| 41. | Cardinal 11-1-16 email re Financial Statements | Schmidt Dep Ex 19 AFSI123 | Confidential |
| 42. | Declaration of Henry Schmidt | Schmidt Dep Ex 22 ECF29-3 | |
| 43. | Stillwell Executive Summary | AFSI9662-9673 | Confidential |
| 44. | Francy 8-26-15 email to Cohen re Jeff's signature | Cohen Dep Ex 11 Stillwell1292, 1297 | |

67673128v.1

| Ex. # | Description | Bates/Identifier | Confidentiality |
|---|---|---|---|
| 45. | Stillwell 8-28-15 email to Cohen re final transition call | Cohen Dep Ex 15 Stillwell1360 | |
| 46. | George 2-2-16 email to Schulte re Deroche GIUL quotes | AFSI39169-39171 | Confidential |
| 47. | Stillwell 8-27-15 email to Cohen re GMAC/UF | Doren Dep Ex 108 AMP3823-3833 | Confidential |
| 48. | North 8-6-15 email to Williams et al re EAR Jeff Stillwell Update | North Dep Ex 84 AMP3873 | Confidential |
| 49. | Transition Plans Group Exhibit | Hudson Dep Ex 160 AFSI8699-8710 Vnson Dep Ex 10, AFSI7512 | Confidential |
| 50. | Reinert 3-7-14 email re Follow up | AFSI13645 | Confidential |
| 51. | Kulig 10-11-13 email to Moen re Lowman & Kulig | AFSI27363-64 | Confidential |
| 52. | Rodger 1-22-16 email to Silva re Trahan production | AFSI39297-299 | Confidential |
| 53. | Allstate Database Screenshot | AFSI262512, 262515, 262520, 262521, 262527-9 | Confidential |
| 54. | Smith 8-4-15 email to Francy re Transition call recap Stillwell | Cohen Dep Ex 5 Stillwell1021-1088 | |
| 55. | Steinbach 2-23-16 email to Trahan re Transition recap | Mostrom Dep Ex 5 AFSI23146-23149 | Confidential |
| 56. | Cohen 8-27-15 email to Stillwell re GMAC/U4 | Cohen Dep Ex 12 Stillwell1314 | Confidential |
| 57. | North 7-13-15 email to Doren re Stillwell Update | North Dep Ex 79 AMP4763 | Confidential |
| 58. | North 7-22-15 email to Cohen re follow up with Stillwell today | North Dep Ex 81 AMP5092 | Confidential |
| 59. | Schulte 2-5-16 email to Trahan re Deroche GIUL quotes | AFSI39585-87 | Confidential |
| 60. | Cohen 9-8-15 email to Steiner re Stillwell DI case | AFSI25102 | Confidential |
| 61. | North 8-28-15 transition call email to Doren | AFSI24502-04 | Confidential |
| 62. | Stillwell 8-27-15 email to Cohen re GMAC/U4 | AFSI24580-89 | Confidential |
| 63. | AFG EAR Governance Request Stillwell | AFSI10088 | Confidential |
| 64. | Brecher 8-27-15 email to North re Adam Kay | Smith Dep Ex 112 AMP3784-3792 | Confidential |
| 65. | Jeffrey Stillwell-Salesforce- | Doren Dep Ex 107 AFSI10563-10570 | Confidential |

67673128v.1

| Ex. # | Description | Bates/Identifier | Confidentiality |
|---|---|---|---|
| 66. | Ameriprise Governance Hire Exception for Adam Kay (Stillwell) | AFSI003918-3933 | Confidential |
| 67. | Dawson 6-24-4 email to Milton re client welcome list | AFSI0038722-26 | Confidential |
| 68. | Cardinal 8-4-16 email to Taubman re Due Diligence Call Summary | Taubman Dep Ex 22 AMP-Taubman599-601 | Confidential |
| 69. | J. Stillwell Dep Excerpts | 82, 163-169 | Confidential |
| 70. | Garrett 8-22-16 email to Taubman re meeting with McGill 8-29 | McGill Dep Ex 142 AMPTaubman715-719 | Confidential |
| 71. | Ameriprise Offer Letters | McGill Dep Ex. 140 AMP382-407 Vinson Dep Ex 10 AFSI27355-37259 AFSI6764 | Confidential |
| 72. | Furlong fax to Vinge 10-14-11 re Caruso signed offer | Vinson Dep Ex 8 AFSI1843-1847 | Confidential |
| 73. | Hudson 3-13-17 email to Vinnik re AFG Daily Update - Taubman | Hudson Dep Ex 163 AFSI8758-8762 | Confidential |
| 74. | Hudson 3-15-17 email to Vinnik re AFG Daily Update - Taubman | Hudson Dep Ex 171 AFSI8763-8767 | Confidential |
| 75. | Hudson 3-16-17 email to Vinnik re AFG Daily Update - Taubman | Hudson Dep Ex 172 AFSI8768-8774 | Confidential |
| 76. | Oliera 1-5-17 email to Ward re rough script | Mostrom Dep Ex 17 AFSI27173-27175 | Confidential |
| 77. | Kaye 4-10-15 email to McAllister re Script | Mostrom Dep Ex 18 AFSI29875-29876 | Confidential |
| 78. | Smith 9-11-15 email to Cohen re Stillwell licenses | Smith Dep Ex 116 AMP1110 | Confidential |
| 79. | Calendar invite Onsite call Prep for Stillwell team | Cohen Dep Ex 22 Stillwell1908-1910 | |
| 80. | Minton 2-23-17 email to Taubman re discussing AFA comp scenarios | AMP-Taubman1478-79 | Confidential |
| 81. | C. Lancaster Affidavit | ECF 15-2 | |
| 82. | Stillwell Summary Judgment Opinion | DKT112 | |
| 83. | Taubman Client Lists | Taubman-Larsen3271-3273 | Confidential |
| 84. | Stillwell Client Lists | Francy Dep. Exs. 46-48 | Confidential |
| 85. | Olvera Client List | AFSI0038731 | Confidential |

5

| Ex. # | Description | Bates/Identifier | Confidentiality |
|---|---|---|---|
| 86. | Stillwell Resignation Letter | Allstate207 | |
| 87. | Cohen 9-2-15 email to Francy re Canceled Transition Call for Stillwell | AFSI38722-26 | Confidential |
| 88. | Dawson Client List | AFSI38727 | Confidential |
| 89. | Stillwell/Francy Screenshots | Francy Dep Ex 53-59 | Confidential |
| 90. | Taubman Thumbdrive lists | Taubman-Larsen3188-3189 | Confidential |
| 91. | Minton 2-22-17 email to Taubman re client profile form | AFSI22152-53 | Confidential |
| 92. | Francy 9-8-15 email re onsite call prep for Stillwell | AFSI12646-48 | Confidential |
| 93. | Byrnes Affidavit | | |
| 94. | Hanson McClain Opinion - McLain v. Chandler et al Case 2014-00168490 | | |
| 95. | Stillwell EAR Tracking Log | AFSI34737 | Confidential |
| 96. | Taubman EAR Tracking Log | AFSI34742 | Confidential |
| 97. | Hudson 3-19-17 email to Vinnik re AFG Final Update - Taubman | Hudson Dep Ex 173 AFSI8785-8791 | Confidential |
| 98. | Barker 8-19-16 email to Roquette - Trahan write-up | AFSI39121-39126 | Confidential |
| 99. | Taubman 4-5-17 email to Casper re ACAT Transfer Forms | Casper Dep Ex 192 AFSI8697-8698 | Confidential |
| 100. | Minton 2-13-17 email to Taubman re Transition Call Summary | McGill Dep Ex. 159 AMP-Taubman1330-1334 | Confidential |

67673128v.1