IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE LIFE INSURANCE COMPANY, | ) ) ) | No. 17-CV-05826 |
| Plaintiffs, | ) ) ) | Hon. Steven C. Seeger |
| v. | ) ) | |
| AMERIPRISE FINANCIAL SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S APPENDIX OF EXHIBITS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

John T. Sullivan, an attorney for Defendant Ameriprise Financial Services, Inc.[1] ("Ameriprise Financial"), hereby certifies that the following documents represent true and correct copes of the deposition testimony and exhibits, declarations, and written discovery submitted in the above-captioned case:

Exhibit 1: Excerpt of relevant pages from the Ameriprise Financial, Inc. Form 10-K for the fiscal year ended December 31, 2019.

Exhibit 2: Excerpt of relevant pages from the Allstate Corporation Form 10-K for the fiscal year ended December 31, 2019.

Exhibit 3: [Under Seal] Transcript of the AIC and ALIC 30(b)(6) Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 4: Allstate Life Insurance Company Form 10-K for the fiscal year December 31, 2019, marked as Exhibit 1 to the Deposition of Brian Guntli taken November 13, 2020.

Exhibit 5: [Under Seal] Transcript of the Deposition of Randolph Corradino taken June 13, 2017 in related litigation involving Jeffrey Stillwell, Case No. 15-cv-08251.

Exhibit 6: [Under Seal] Transcript of the Deposition of Lee McElroy taken August 18, 2020.

---

[1] Ameriprise Financial Services, Inc. is now known as Ameriprise Financial Services, LLC.

Exhibit 7:     Transcript of the Deposition of John Rugel taken October 7, 2020.

Exhibit 8:     FINRA BrokerCheck Report for Robert Brennan Dawson, produced in this litigation at AFSI00040349-57.

Exhibit 9:     FINRA BrokerCheck Report for Matt Vincent Fiamengo, produced in this litigation at AFSI00039881-89.

Exhibit 10:    FINRA BrokerCheck Report for Catherine Lynne Heath, produced in this litigation at AFSI00039811-20.

Exhibit 11:    FINRA BrokerCheck Report for Robert Soren Larsen, produced in this litigation at AFSI00040190-203.

Exhibit 12:    FINRA BrokerCheck Report for Lee Frederick McAllister, produced in this litigation at AFSI00040077-84.

Exhibit 13:    FINRA BrokerCheck Report for Jason Brice Meek, produced in this litigation at AFSI00039753-66.

Exhibit 14:    FINRA BrokerCheck Report for Robert Dale Olvera, produced in this litigation at AFSI00039909-21.

Exhibit 15:    FINRA BrokerCheck Report for Horacio Daniel Piccininno, produced in this litigation at AFSI00039767-76.

Exhibit 16:    FINRA BrokerCheck Report for Brent Allen Rupnow, produced in this litigation at AFSI00040339-48.

Exhibit 17:    FINRA BrokerCheck Report for Joel E. Salazar, produced in this litigation at AFSI00039834-48.

Exhibit 18:    FINRA BrokerCheck Report for Jeffrey Michael Stillwell, produced in this litigation at AFSI00040383-91.

Exhibit 19:    FINRA BrokerCheck Report for Scott Willard Taubman, produced in this litigation at AFSI00040371-82.

Exhibit 20:    FINRA BrokerCheck Report for Troy Michael Trahan, produced in this litigation at AFSI00040175-86.

Exhibit 21:    Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement, produced in this litigation at AllstateAFS258615-628.

Exhibit 22: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Robert Dawson, effective December 27, 2005. This document was produced in this litigation at AllstateAFS258724-732.

Exhibit 23: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Matt Fiamengo, effective December 19, 2008. This document was produced in this litigation at AllstateAFS260327-328.

Exhibit 24: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Catherine Dudley (Heath), effective March 1, 2012. This document was produced in this litigation at AFSI00003533-43.

Exhibit 25: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Robert Larsen, effective December 1, 2007. This document was produced in this litigation at AllstateAFS190895-905.

Exhibit 26: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Lee McAllister, effective December 1, 2010. This document was produced in this litigation at AllstateAFS258755-767

Exhibit 27: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Jason Meek, effective August 1, 2014. This document was produced in this litigation at AllstateAFS258866-886.

Exhibit 28: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Robert Olvera, effective December 1, 2014. This document was produced in this litigation at AFSI00004457-69.

Exhibit 29: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Horacio Piccininno, effective June 1, 2011. This document was produced in this litigation at AllstateAFS258903-913.

Exhibit 30: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Brent Rupnow, effective December 15, 2011. This document was produced in this litigation at AllstateAFS258944-954.

Exhibit 31: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Joel Salazar, effective August 22, 2007. This document was produced in this litigation at AllstateAFS261079-096.

Exhibit 32: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Jeff Stillwell, effective June 16, 2008. This document was produced in this litigation at AllstateAFS022468-477.

Exhibit 33: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Scott Taubman, effective July 16, 2008. This document was produced in this litigation at AFSI00022043-55.

Exhibit 34: Allstate L2000S Exclusive Financial Specialist Independent Contractor Agreement signed by Troy Trahan, effective March 16, 2009. This document was produced in this litigation at AFSI00020773-786.

Exhibit 35: [Under Seal] EFS Supplement for the L2000 Agreement dated May 1, 2012, marked as Exhibit 5 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 36: [Under Seal] Relevant excerpts from the EFS Supplement for the L2000 Agreement dated December 30, 2014, marked as Exhibit 6 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 37: [Under Seal] Relevant excerpts from the EFS Supplement for the L2000 Agreement dated May 20, 2015, marked as Exhibit 7 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 38: [Under Seal] Relevant excerpts from the EFS Supplement for the L2000 Agreement dated June 10, 2016, marked as Exhibit 8 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 39: [Under Seal] Relevant excerpts from the EFS Supplement for the L2000 Agreement dated April 1, 2017, marked as Exhibit 9 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 40: [Under Seal] Relevant excerpts from the EFS Supplement for the L2000 Agreement dated September 17, 2015, marked as Exhibit 10 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 41: [Under Seal] Relevant excerpts from the EFS Supplement for the L2000 Agreement dated March 15, 2019, marked as Exhibit 11 to the Deposition of Thomas M. Klink taken September 24, 2019.

Exhibit 42: Allstate Agency Standards, produced in this litigation at AllstateAFS260024-51.

Exhibit 43: Exclusive Financial Specialist Independent Contractor Manual, produced in this litigation at AFSI00004389-426.

Exhibit 44: Allstate Financial Services, LLC Registered Representative Agreement signed by Horacio Piccininno, produced in this litigation at AllstateAFS258982-92.

| | |
|---|---|
| Exhibit 45: | Allstate Financial Services, LLC Registered Representative Agreement for Jeffrey Stillwell, produced in this litigation at AFSI00023870-80. |
| Exhibit 46: | Financial Specialist Employment Agreement (NY) signed by Stephen Caruso February 9, 2010, produced in this litigation at AllstateAFS258663-66. |
| Exhibit 47: | [Under Seal] Transcript of the 30(b)(6) Deposition of Anthony Albanese taken June 11, 2018 in the Allstate Life Insurance v. Larsen/Taubman matter. |
| Exhibit 48: | [Under Seal] Transcript of the Deposition of Brian Guntli taken November 13, 2020. |
| Exhibit 49: | [Under Seal] Transcript of the 30(b)(6) Deposition of Sean George taken July 8, 2020. |
| Exhibit 50: | [Under Seal] Transcript of the Deposition of Boston Cardinal taken August 26, 2020. |
| Exhibit 51: | [Under Seal] Email from Lee McAllister to Ameriprise with attached EFS Agreement and statements, produced in this litigation at AFSI00012052-58. |
| Exhibit 52: | Fax from Robert Dawson sending portion of EFS Manual, produced in this litigation at AFSI00002642-54. |
| Exhibit 53: | [Under Seal] Practice Analysis Forms marked as Exhibit 10 to the Deposition of Henry Schmidt taken March 13, 2020. |
| Exhibit 54: | [Under Seal] Transcript of the Deposition of Manish Dave taken August 28, 2020. |
| Exhibit 55: | [Under Seal] Transcript of the Deposition of Marcie Vinson taken July 14, 2020. |
| Exhibit 56: | [Under Seal] Transcript of the Deposition of Henry Schmidt taken March 13, 2020. |
| Exhibit 57: | [Under Seal] June 5, 2014 email from Robert Dawson to Ameriprise attaching statements, produced in this litigation at AFSI00028487-94. |
| Exhibit 58: | [Under Seal] June 4, 2014 email from Robert Dawson to Ameriprise attaching statements, produced in this litigation at AFSI00028824-37. |

Exhibit 59: [Under Seal] November 21, 2016 email from Robert Olvera to Ameriprise attaching Transaction Detail Reports, produced in this litigation at AFSI00029234-37.

Exhibit 60: [Under Seal] August 27, 2015 email from Brent Rupnow to Ameriprise attaching commission statements, produced in this litigation at AFSI00030329-38.

Exhibit 61: [Under Seal] August 28, 2015 email from Brent Rupnow to Ameriprise attaching financial documents, produced in this litigation at AFSI00030917-1051.

Exhibit 62: August 12, 2016 email from Scott Taubman to Ameriprise attaching client list, produced in this litigation at AFSI00022769-74.

Exhibit 63: [Under Seal] Transcript from the Deposition of Gary Gassmann taken May 16, 2018.

Exhibit 64: Transcript from the Deposition of Deborah Smith taken March 15, 2018.

Exhibit 65: [Under Seal] Executive Summary for Jeffrey Stillwell, marked as Exhibit 3 to the Deposition of Marcie Vinson taken July 14, 2020.

Exhibit 66: [Under Seal] Executive Summary for Scott Taubman, marked as Exhibit 5 to the Deposition of Marcie Vinson taken July 14, 2020.

Exhibit 67: [Under Seal] Executive Summary for Brent Rupnow, marked as Exhibit 9 to the Deposition of Marcie Vinson taken July 14, 2020.

Exhibit 68: [Under Seal] Transcript from the 30(b)(6) Deposition of Chad Mostrom taken July 7, 2020.

Exhibit 69: Transition Guide marked as Ex. 133 to the Deposition of Dean McGill taken May 23, 2018.

Exhibit 70: [Under Seal] Transcript from the Deposition of Jeffrey Stillwell taken January 31, 2017.

Exhibit 71: July 10, 2017 Declaration of Robert Olvera (filed in *Allstate Ins. Co. v. Olvera*, 2:17-cv-02276 (D. Kan.)) (AllstateAFS000069-71).

Exhibit 72: [Under Seal] Declaration of Catherine Heath signed January 19, 2021.

Exhibit 73: Declaration of Lee McAllister signed January 19, 2021.

Exhibit 74: Declaration of Robert Olvera signed January 19, 2021.

Exhibit 75: [Under Seal] Declaration of Horacio Piccininno signed January 20, 2021.

Exhibit 76: Declaration of Brent Rupnow signed January 22, 2021.

Exhibit 77: [Under Seal] January 5, 2017 email from Robert Olvera to Ameriprise attaching client list, produced in this litigation at AFSI00038730-31.

Exhibit 78: [Under Seal] Declaration of Jeffrey Stillwell signed January 21, 2021.

Exhibit 79: Declaration of Scott Taubman signed January 21, 2021.

Exhibit 80: [Under Seal] Transcript from the Deposition of Robert Larsen taken June 15, 2018.

Exhibit 81: [Under Seal] Client information filed in Case 15-cv-08251 December 7, 2018, marked as Exhibit 23 to the Deposition of Thomas Klink taken September 24, 2019.

Exhibit 82: [Under Seal] Client information filed in Case 15-cv-08251 April 10, 2019, marked as Exhibit 24 to the Deposition of Thomas Klink taken September 24, 2019.

Exhibit 83: [Under Seal] Client information filed in Case 15-cv-08251 May 18, 2016, marked as Exhibit 25 to the Deposition of Thomas Klink taken September 24, 2019.

Exhibit 84: [Intentionally Omitted]

Exhibit 85: Allstate client testimonials from 2018, marked as Exhibit 4 to the Deposition of Kim Greenwood taken August 27, 2020.

Exhibit 86: Allstate client testimonials from 2020, produced in this litigation at AFSI00040392-98.

Exhibit 87: [Under Seal] Declaration of John T. Sullivan signed January 21, 2021, with its "Attachment B."

Exhibit 88: [Under Seal] True and correct PDF copy of Microsoft Excel spreadsheet produced in this litigation at AFSI00040404, referred to as "Attachment A" to the Declaration of John T. Sullivan.

Exhibit 89: [Under Seal] Transcript from the 30(b)(6) Deposition of Michael Zolna taken July 16, 2020.

Exhibit 90: [Under Seal] Email marked as Exhibit 6 to the Deposition of Brian Guntli taken November 13, 2020.

Exhibit 91: FINRA BrokerCheck Report for Stephen John Caruso, produced in this litigation at AFSI00039793-810.

Exhibit 92: [Under Seal] Ameriprise offer letter to Stephen Caruso dated October 3, 2011, produced in this litigation at AFSI00001843-47.

Exhibit 93: [Under Seal] Ameriprise offer letter to Joel Salazar dated August 8, 2013, produced in this litigation at AFSI00006544-47.

Exhibit 94: [Under Seal] Ameriprise offer letter to Robert Dawson dated June 12, 2014, produced in this litigation at AFSI00002522-25.

Exhibit 95: Ameriprise Associate Advisor (AFA) Agreement signed by Matt Fiamengo August 27, 2015, produced in this litigation at AFSI00003692-99.

Exhibit 96: [Under Seal] Ameriprise offer letter to Troy Trahan dated February 5, 2016, produced in this litigation at AFSI00009526-44.

Exhibit 97: [Under Seal] Settlement Agreement and Release between Allstate and Scott Taubman and Robert Larsen, produced in this litigation at AllstateAFS259066-73.

Exhibit 98: [Under Seal] Defendants' Amended Rule 26(a)(1) Disclosure Statement dated June 13, 2018, served in the Taubman Litigation.

Dated: January 22, 2021

DORSEY & WHITNEY LLP

By /s/ John T. Sullivan
Edward B. Magarian *(Admitted Pro Hac Vice)*
John T. Sullivan *(Admitted Pro Hac Vice)*
Briana Al Taqatqa *(Admitted Pro Hac Vice)*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

GRADY BELL LLP

John Grady
53 West Jackson Boulevard
Chicago, Illinois 60604

**Attorneys for Defendant
Ameriprise Financial Services, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 22, 2021, he caused a true and correct copy of the **Defendant's Appendix of Exhibits in Support of its Motion for Summary Judgment** to be filed electronically with the Clerk of Court using the CM/ECF system and to be served upon all parties via the Court's CM/ECF system.

                                              /s/ John T. Sullivan
                                              John T. Sullivan