IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | No. 17-CV-05826<br><br>Hon. Steven C. Seeger |

**DEFENDANT'S APPENDIX OF EXHIBITS IN OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

John T. Sullivan, an attorney for Defendant Ameriprise Financial Services, Inc.[1] ("Ameriprise Financial"), hereby certifies that the following documents represent true and correct copes of deposition testimony and exhibits, declarations, and written discovery submitted in the above-captioned case:

Exhibit 1:   Transcript of the Deposition of Mitchell Doren taken March 14, 2018.

Exhibit 2:   [Under Seal] Transcript of the Deposition of Heather Dougherty taken October 28, 2020.

Exhibit 3:   [Under Seal] Executive Summary for Jeffrey Stillwell, produced in this litigation at AFSI00010082-90.

Exhibit 4:   Joint Motion for Dismissal of Claims and to Enter Briefing Schedule on Plaintiff's Motion for Fees and Costs (filed March 9, 2021 in *Allstate Ins. Co. v. Stillwell,* 3:15-cv-08251(D. NJ)) at Dckt. 143.

Exhibit 5:   Order of Dismissal of Claims and to Enter Briefing Schedule on Plaintiff's Motion for Fees and Costs (filed March 10, 2021 in *Allstate Ins. Co. v. Stillwell,* 3:15-cv-08251(D. NJ)) at Dckt. 144.

Exhibit 6:   Transcript of the Deposition of Scott Taubman taken June 14, 2018 in the Taubman/Larsen matter, Case No. 17-cv-00996.

---

[1]   Ameriprise Financial Services, Inc. is now known as Ameriprise Financial Services, LLC.

Exhibit 7: [Under Seal] Transcript of the Deposition of Theresa Francy taken February 1, 2017 in the Stillwell matter, Case No. 15-cv-08251.

Exhibit 8: EAR Guide tab from Scott Taubman Business Tracker spreadsheet, produced in this litigation at AFSI00034742.

Exhibit 9: Supplemental Declaration of Jeffrey Stillwell (filed April 10, 2019 in *Allstate Ins. Co. v. Stillwell,* 3:15-cv-08251(D. NJ)) at Dckt. 105-1.

Exhibit 10: [Under Seal] Pre-Affiliation checklist for applicant Matt Fiamengo, produced by Plaintiffs in this litigation at AllstateAFS260342-44.

Exhibit 11: [Under Seal] Paperwork for EFS candidate Troy Trahan, produced by Plaintiffs in this litigation at AllstateAFS260194-212.

Dated: March 18, 2021

DORSEY & WHITNEY LLP

By /s/ John T. Sullivan
Edward B. Magarian *(Admitted Pro Hac Vice)*
   John T. Sullivan *(Admitted Pro Hac Vice)*
   Briana Al Taqatqa *(Admitted Pro Hac Vice)*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

GRADY BELL LLP

John Grady
53 West Jackson Boulevard
Chicago, Illinois 60604

**Attorneys for Defendant**
**Ameriprise Financial Services, Inc.**

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 18, 2021, he caused a true and correct copy of the **Defendant's Appendix of Exhibits in Opposition to Plaintiffs' Motion for Partial Summary Judgment** to be filed electronically with the Clerk of Court using the CM/ECF system and to be served upon all parties via the Court's CM/ECF system.

    /s/ John T. Sullivan
    John T. Sullivan