IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | No. 17-CV-05826<br><br>Hon. Steven C. Seeger |

**DEFENDANT'S REPLY APPENDIX OF EXHIBITS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

John T. Sullivan, an attorney for Defendant Ameriprise Financial Services, Inc. [1] ("Ameriprise Financial"), hereby certifies that the following documents represent true and correct copes of the deposition testimony and exhibits, declarations, written discovery, and other documents submitted in the above-captioned case:

Exhibit 1: Press Release, Allstate Insurance Co., Allstate Announces Agreement to Sell Allstate Life Insurance Company, Jan. 26, 2021,

Exhibit 2: Press Release, Allstate Insurance Co., Allstate Completes Exit of Life and Annuity Business, Mar. 29, 2021.

Exhibit 3: Defendant's Objections and Second Supplemental Answer to Plaintiffs' Interrogatory Request No. 12 to Defendant, August 31, 2020.

Exhibit 4: Excerpt of Transcript of the Deposition of Joshua Casper taken June 1, 2018.

Exhibit 5: Agreed Order, Allstate Life Ins. Co. v. Stillwell et al., Case No. 15-cv-08251 (D.N.J., Dec. 21, 2015).

Exhibit 6: Stipulated Order Resolving Motion for Preliminary Injunction, Allstate Life Ins. Co. v. Robert Larsen and Scott Taubman, Case No. CV-17-00996 (D. Ariz. June 23, 2017).

---

[1] Ameriprise Financial Services, Inc. is now known as Ameriprise Financial Services, LLC.

Exhibit 7: Email exchange containing: (1) the February 2, 2021 email by which Plaintiffs produced the document introduced into the record as Exhibit 44 to Plaintiffs' Response to Defendant's Local Rule 56.1 Statement of Undisputed Material Facts (Dckt. 271) and (2) the February 12, 2021 email by which Ameriprise objected to the late production of the discoverable document and informed Plaintiffs that Ameriprise would object to any use of the document in any future proceeding.

Dated: May 5, 2021

DORSEY & WHITNEY LLP

By  /s/ John T. Sullivan
Edward B. Magarian *(Admitted Pro Hac Vice)*
   John T. Sullivan *(Admitted Pro Hac Vice)*
   Briana Al Taqatqa *(Admitted Pro Hac Vice)*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

GRADY BELL LLP

John Grady
53 West Jackson Boulevard
Chicago, Illinois 60604

**Attorneys for Defendant**
**Ameriprise Financial Services, Inc.**

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 5, 2021, he caused a true and correct copy of the **Defendant's Reply Appendix of Exhibits in Support of its Motion for Summary Judgment** to be filed electronically with the Clerk of Court using the CM/ECF system and to be served upon all parties via the Court's CM/ECF system.

    /s/ John T. Sullivan  
John T. Sullivan