IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>Defendant. | No. 1:17-CV-05826<br><br>Hon. Steven C. Seeger |

**DEFENDANT AMERIPRISE FINANCIAL SERVICES, INC.'S
SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT
AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the Northern District of Illinois, Ameriprise Financial Services, Inc., through counsel, states as follows:

1. Ameriprise Financial Services, Inc., became Ameriprise Financial Services, LLC ("Ameriprise"), in January 2020.

2. Ameriprise is a wholly owned subsidiary of AMPF Holding, LLC, which is a wholly owned subsidiary of Ameriprise Financial, Inc., a publicly held corporation.

2

Dated: March 1, 2023	DORSEY & WHITNEY LLP

By <u>*/s/ John T. Sullivan*</u>
    Edward B. Magarian *(Admitted Pro Hac Vice)*
    John T. Sullivan *(Admitted Pro Hac Vice)*
    Briana Al Taqatqa *(Admitted Pro Hac Vice)*
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

GRADY BELL LLP

John Grady
53 West Jackson Boulevard
Chicago, Illinois 60604

**Attorneys for Defendant**
**Ameriprise Financial Services, Inc.**

2

3

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that on March 1, 2023, he caused a true and correct copy of the **Defendant's Supplemental Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates** to be filed electronically with the Clerk of Court using the CM/ECF system and to be served upon all parties via the Court's CM/ECF system.

                                                   */s/ John T. Sullivan*
                                                   John T. Sullivan